IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| ROBERTO RIOS, | ) | CASE NO.  1:04CV1883 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge John M. Manos |
| | ) | |
| KEY BANK USA NATIONAL | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | <u>ORDER</u> |


Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the

Defendants' motion to dismiss is granted as to all claims.  Accordingly, the case is dismissed with

prejudice, each party to bear its own costs.

IT IS SO ORDERED.


      /s/ John M. Manos
UNITED STATES DISTRICT JUDGE

Issued:   August 12, 2005